## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

**BENJAMIN STANLEY**,

      Plaintiff,

v.

**WESTERN MICHIGAN UNIVERSITY**,
**KATIE DECAMP**, individually and in her
professional capacity; **WARREN HILLS**,
individually and in his professional capacity;
**UNKNOWN JOHN DOE AND JANE DOE
EMPLOYEES OF WESTERN MICHIGAN
UNIVERSITY**, in their individual and
Professional capacities,

      Defendants.

Case No. 23-cv-00206

Hon. Jane M. Beckering

Magistrate Judge Ray Kent

_____/

**DELAPORTE LAW, PLLC**
By:    **Eric D. Delaporte (P69673)**
210 State Street
Suite 212, Suite B
Mason, Michigan  48854
(517) 643- 2626
**Attorney for Plaintiff**

**BUTZEL LONG**
By:    **Daniel B. Tukel (P34978)**
201 West Big Beaver Road, Suite 1200
Troy, Michigan  48084
(248) 258-1616
**Attorneys for Defendants
Western Michigan University,
Katie DeCamp and Warren Hills**

_____/

## STIPULATED ORDER REGARDING TIME
## TO RESPOND TO COMPLAINT

At a session of said Court held in the United States
District Court for the Western District of Michigan,

on _____April 5, 2023_____

PRESENT:  HON.___JANE M. BECKERING____
                              United States District Court Judge

In accordance with the stipulation of the parties, counsel having waived service

for defendants Western Michigan University, Katie DeCamp and Warren Hills, and

the Court being advised in the premises:

**IT IS HEREBY ORDERED** that the time for those three defendants to answer

or otherwise respond to the Complaint is extended to and including June 12, 2023.


                              _____/s/ Jane M. Beckering_____
                              United States District Court Judge



**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**


| | |
|---|---|
| s/ with the consent of | s/ Daniel B. Tukel |
| Eric D. Delaporte | Butzel Long |
| Delaporte Law PLLC | 201 West Big Beaver Road |
| 210 State Street | Suite 1200 |
| Suite B | Troy, Michigan  48084 |
| Mason, Michigan  48854 | (248) 258-1616 |
| Eric@DelaporteLaw.com> | tukel@butzel.com |
| (P69673) | (P34978) |