UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN STANLEY,

    Plaintiff,

v.

WESTERN MICHIGAN UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-206

HON. JANE M. BECKERING

# JUDGMENT

In accordance with the Order entered this date and on August 7, 2023 (ECF No. 19):

**IT IS HEREBY ORDERED** that Plaintiff's Counts I, II, and III are DISMISSED WITH PREJUDICE as to Defendants Western Michigan University, Katie DeCamp, and Warren Hills, and DISMISSED WITHOUT PREJUDICE as to Defendants John Doe and Jane Doe.

Dated: September 7, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge