UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN STANLEY,

    Plaintiff,

v.

WESTERN MICHIGAN UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:23-cv-206

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Sixth Circuit's Mandate (ECF No. 26) and instructions in its Opinion and Judgment (ECF No. 25),

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

This case is closed.

Dated: July 22, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge